NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**G4S SECURE INTEGRATION LLC, G4S SECURE SOLUTIONS INTERNATIONAL, INC., G4S SERVICOS DE SEGURANCA ANGOLA LDA,**
*Plaintiffs-Appellants*

**v.**

**UNITED STATES, CGS-ORSA SECURITY LLC,**
*Defendants-Appellees*

---

2022-1513

---

Appeal from the United States Court of Federal Claims in No. 1:21-cv-01817-RAH, Judge Richard A. Hertling.

---

**ON MOTION**

---

PER CURIAM.

### O R D E R

G4S Secure Integration LLC, G4S Secure Solutions International, Inc., and G4S Sericos de Seguranca Angola LDA move unopposed to voluntarily dismiss the above-captioned appeal pursuant to FRAP 42(b) with each party to bear their own costs.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

January 19, 2023                    /s/ Peter R. Marksteiner
        Date                            Peter R. Marksteiner
                                        Clerk of Court

ISSUED AS A MANDATE: January 19, 2023